Eugene B. Chittock, SBN 214532
LAW OFFICES OF EUGENE B. CHITTOCK
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA BERENICE JASSO, individually and as successor-in-interest to Alexander Jasso; A.J., by and through her Guardian ad Litem, Priscilla Rendon, individually and as successor-in-interest to Alexander Jasso<br><br>*Plaintiffs*,<br><br>v.<br><br>DOES 1-50, in their individual capacities,<br><br>*Defendants.* | Case No. 2:25-at-01125<br><br>**DECLARATION OF YADIRA JASSO AS SUCCESSOR IN INTEREST TO ALEXANDER JASSO**<br><br>**[Cal. Code Civ. Proc. §377]** |

**C.C.P. § 377.32 DECLARATION OF YADIRA JASSO AS SUCCESSOR IN INTEREST TO ALEXANDER JASSO**

I, Yadira Jasso, do hereby declare as follows:

1. My name is Yadira Jasso, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Alexander Jasso ("Decedent").

4. Decedent was my husband. We were legally married at the time of his death.

5. Decedent died on August 26, 2023, in the city of Susanville, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am one of Decedent's successors in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the wife of Decedent.

8. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of co-plaintiff A.J., by and through her guardian ad litem, Priscilla Rendon, who has also executed a declaration as Decedent's successor-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Yadira Jasso, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 08 / 20 / 2025 in Firebaugh, California.

*Yadira Berenice Jasso*
Yadira Jasso