Eugene B. Chittock, SBN 214532
LAW OFFICES OF EUGENE B. CHITTOCK
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA BERENICE JASSO, individually and as successor-in-interest to Alexander Jasso; A.J., by and through her Guardian ad Litem, Priscilla Rendon, individually and as successor-in-interest to Alexander Jasso<br><br>*Plaintiffs*,<br><br>v.<br><br>DOES 1-50, in their individual capacities,<br><br>*Defendants*. | Case No. 2:25-at-01125<br><br>**APPLICATION OF PRISCILLA RENDON FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.J.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

## APPLICATION OF PRISCILLA RENDON FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.J.

1. A.J. is a minor Plaintiff in the above-referenced case.

2. A.J. was born on June 20, 2008, and is 17 years old.

3. I, Priscilla Rendon am the natural mother of minor Plaintiff A.J.

4. Minor Plaintiff A.J. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her civil rights and her father's civil rights.

5. I, Priscilla Rendon, am not a plaintiff in this matter; and have no interests potentially adverse to minor Plaintiff A.J.

6. I, Priscilla Rendon am a resident of the City of Redlands, County of San Bernardino, in the State of California.

7. I, Priscilla Rendon am a responsible adult over the age of eighteen (18) years old and fully competent to understand and protect the rights of minor plaintiff A.J. *See* Consent of Nominee to Appointment as Guardian *ad litem* for A.J. filed concurrently herewith.

8. Plaintiffs therefore respectfully request an order appointing Priscilla Rendon as Guardian *ad litem* for minor Plaintiff A.J.

DATED:   August 20, 2025

By: _____
Priscilla Rendon,
[Proposed] Guardian *ad Litem for Minor Plaintiff A.J.*

2
APPLICATION OF PRISCILLA RENDON FOR APPOINTMENT
AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.J.

Doc ID: 5f869b471fc417c7b2a506082c5f75dc77743153