Eugene B. Chittock, SBN 214532
LAW OFFICES OF EUGENE B. CHITTOCK
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA BERENICE JASSO, individually and as successor-in-interest to Alexander Jasso; A.J., by and through her Guardian ad Litem, Priscilla Rendon, individually and as successor-in-interest to Alexander Jasso<br><br>*Plaintiffs*,<br><br>v.<br><br>DOES 1-50, in their individual capacities,<br><br>*Defendants*. | Case No. 2:25-cv-01125<br><br>**CONSENT OF NOMINEE PRISCILLA RENDON FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.J.**<br>[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br>[*Application for Appointment as Guardian ad Litem* and *Proposed Order* filed concurrently herewith] |

## CONSENT OF NOMINEE

1. I, Priscilla Rendon, the nominee and natural mother of A.J., who is a minor Plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for A.J. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 20, 2025 in Visalia, California.

_____
Priscilla Rendon

2
CONSENT OF NOMINEE PRISCILLA RENDON FOR
APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.J.

Doc ID: 669be3a16a98a3420b3b685b39adf05cbe1194eb