# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA BERENICE JASSO, individually and as successor-in-interest to Alexander Jasso; A.J., by and through her Guardian ad Litem, Priscilla Rendon, individually and as successor-in-interest to Alexander Jasso<br><br>*Plaintiffs*,<br><br>v.<br><br>DOES 1-50, in their individual capacities,<br><br>*Defendants*. | Case No. 2:25-at-01125<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF PRISCILLA RENDON FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.J.** |

Having reviewed the Application of Priscilla Rendon for Appointment as Guardian ad Litem for Minor Plaintiff A.J. and the Consent of Nominee Priscilla Rendon, and good cause appearing therein, it is hereby ordered that Priscilla Rendon is appointed as Guardian ad Litem for Minor Plaintiff A.J. in this matter.

It is so ordered.

Dated: _____    _____

United States District Court Judge / Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**